**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02234-CMA-CBS

AIYSHA J. HOUTMAN,

    Plaintiff,

v.

METRO COLLECTION SERVICE, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion To Dismiss With Prejudice (Doc. # 11), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: October   11  , 2013

                BY THE COURT:

                *[signature]*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge